UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00519-GNS-RSE

LEANN TYLER                                                                            PLAINTIFF

v.

FRANK BISIGNANO,
Commissioner of Social Security                                                        DEFENDANT

## ORDER

The Court referred Plaintiff's Motion for Attorney's Fees (DN 25) to the Magistrate Judge, who has issued a Report and Recommendation (DN 31).  No objection has been filed.

The Court having reviewed the Report and Recommendation, **IT IS HEREBY ORDERED** that the Report and Recommendation (DN 31) is **ADOPTED**, and Plaintiff's Motion for Attorney's Fees (DN 25) is **GRANTED**.  Plaintiff's attorneys shall be paid a total of $13,064.75 pursuant to 42 U.S.C. § 406(b), and the Commissioner shall pay Plaintiff's attorneys from Plaintiff's past-due benefits being withheld for payment of attorney's fees.

This is a final and appealable order, and there is no just cause for delay.

Greg N. Stivers, Judge
United States District Court
March 18, 2026

cc:      counsel of record